B18J (Form 18J) (08/07)

# United States Bankruptcy Court
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

**Case Number** 10–19683–RGM
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel Garrison                              Stacey Garrison
9901 Cobblestone Drive                       aka Stacey K Henning
Warrenton, VA 20186                          9901 Cobblestone Drive
                                             Warrenton, VA 20186

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
  Debtor: xxx–xx–4492                        Joint Debtor: xxx–xx–4286

Employer Tax–Identification (EIN) No(s).(if any):
  Debtor: NA                                 Joint Debtor: NA

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Daniel Garrison and Stacey Garrison are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: February 28, 2011                     William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 10-19683-RGM
Daniel Garrison                                                         Chapter 7
Stacey Garrison
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0422-9            User: admin              Page 1 of 1              Date Rcvd: Feb 28, 2011
                                Form ID: B18             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2011.
db/jdb     +Daniel Garrison,   Stacey Garrison,   9901 Cobblestone Drive,   Warrenton, VA 20186-8619
10086318   +Robert K. Coulter, Assistant U.S. Attorney,   Office of the U.S. Attorney,   2100 Jamieson Ave,
             Alexandria, VA 22314-5702
10084300    Sallie Mae,   PO Box 9500,   Wilkes Barre, PA 18773-9500
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: QROTYLER.COM Feb 28 2011 23:23:00     Robert Ogden Tyler,
             Tyler, Bartl, Ramsdell & Counts, P.L.C.,   300 North Washington Street, Suite 202,
             Alexandria, VA 22314-2530
10084291   +EDI: AMEREXPR.COM Feb 28 2011 23:23:00     American Express,   PO Box 360002,
             Ft. Lauterdale, FL 33336-0002
10084292    EDI: BANKAMER.COM Feb 28 2011 23:23:00     Bank of America,   PO Box 15026,
             Wilmington, DE 19850-5026
10084293   +EDI: CHASE.COM Feb 28 2011 23:23:00     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
10084294   +EDI: CITICORP.COM Feb 28 2011 23:23:00     Citi Cards,   PO Box 6241,
             Sioux Falls, SD 57117-6241
10084295    EDI: DISCOVER.COM Feb 28 2011 23:23:00     Discover Card,   Po Box 30943,
             Salt Lake City, UT  84130
10084296   +EDI: RMSC.COM Feb 28 2011 23:23:00     GE Money Bank,   Attn. Bankruptcy Department,
             PO Box 103104,   Roswell, GA 30076-9104
10084297   +EDI: RMSC.COM Feb 28 2011 23:23:00     GE Money Bank/Amazon,   Attn. Bankruptcy Department,
             PO Box 103104,   Roswell, GA 30076-9104
10084298    EDI: CBSKOHLS.COM Feb 28 2011 23:23:00     Kohl's,   ATTN: Credit Administrator,   P.O. Box 3043,
             Milwaukee, WI  53201-3043
10084299   +EDI: TSYS2.COM Feb 28 2011 23:23:00     Macy's Visa,   Bankruptcy Processing,   PO Box 8053,
             Mason, OH 45040-8053
10084300    EDI: SALMAESERVICING.COM Feb 28 2011 23:23:00     Sallie Mae,   PO Box 9500,
             Wilkes Barre, PA  18773-9500
10084301    EDI: TFSR.COM Feb 28 2011 23:23:00     Toyota Financial Services,   PO Box 371339,
             Pittsburgh, PA  15250
10084302    EDI: WFFC.COM Feb 28 2011 23:23:00     Wells Fargo Bank, N.A.,   PO Box 4233,
             Portland, OR  97208-4233
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.


Date: Mar 02, 2011          **Signature:** *Joseph Speetjens*